UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Civil Action No. 15-183

**DAISY HENSON**
**o/b/o SHANE HENSON,**                                                                  **PLAINTIFF,**

**v.**

<u>**JUDGMENT**</u>

**COMMISSIONER OF SOCIAL SECURITY,**                         **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.      the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
B.      the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
C.      this action is **STRICKEN** from the active docket of the Court.

This 13th day of May 2021.            **Signed By:**
<u>**Henry R Wilhoit Jr.**</u>
**United States District Judge**